AO-106 (Rev: 06/09)-Application for Search Warrant

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Oklahoma

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| 2010 GRAY FORD FUSION, VIN | ) | |
| #3FAHP0HA7AR307989, CURRENTLY LOCATED | ) | Case No. 22-mj-636-CDL |
| AT | ) | |
| REASOR'S 7114 SHERIDAN RD, TULSA, OK | ) | |

*FILED*
*OCT 0 5 2022*
*Mark C. McCartt, Clerk*
*U.S. DISTRICT COURT*

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment "A"

located in the __Northern__ District of __Oklahoma__, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 844(i) | Arson |
| 26 U.S.C. 5861(d) | Receipt or Possession of a Destructive Device |

The application is based on these facts:
**See Affidavit of Senior Special Agent Stevens, attached hereto.**

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature* Stephens

Senior Special Agent Ashley N. Stevens, ATF
*Printed name and title*

by telephone.

Sworn to before me and signed in my presence.

Date: __October 5, 2022__

*Christine D. Little*
*Judge's signature*

City and state: __Tulsa, Oklahoma__

Christine Little, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF OKLAHOMA

IN RE SEARCH OF:                                )
                                                )
2010 GRAY FORD FUSION                           )
VIN# 3FAHP0HA7AR307989                          )        Case No. _____
CURRENTLY LOCATED AT REASOR'S                   )
7114 S SHERIDAN RD, TULSA, OK                   )

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Ashley N. Stephens, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND INVESTIGATOR BACKGROUND**

1.      I am a Senior Special Agent with the Bureau of Alcohol, Tobacco, Firearms and

Explosives (ATF).  I have been so employed since July of 2004. I am currently the Resident Agent

in Charge for the ATF Tulsa I Field Office.  Before joining the ATF, I was employed as a Police

Officer with the Tahlequah Police Department, in Tahlequah, Oklahoma, for three years.  I

successfully completed the Council on Law Enforcement Education and Training Academy as

required by the State of Oklahoma for peace officer certification.  I also completed the Criminal

Investigator Training Program required by the ATF to be an ATF criminal investigator.  I also

completed the Special Agent Basic Training Academy required by ATF for all special agents

employed by ATF.  In connection with my official duties as an ATF Special Agent, I investigate

criminal violations of Federal Firearms Laws, Federal Arson Laws, Federal Explosives Laws and

Federal Narcotics laws.

2.      I hold a Bachelor of Science Degree in Criminal Justice from Northeastern State

University and I also have a Master of Forensic Science Degree from Oklahoma State University.

3.      During the first four (4) years of my employment with ATF, I was assigned to the North Texas High Intensity Drug Trafficking Area (HIDTA) Violent Crime Task Force where I was responsible for investigating criminal violations of Federal Firearms Laws and the Controlled Substances Act. I was the lead case agent for an Organized Crime Drug Enforcement Task Force (OCDETF) which resulted in numerous drug and firearm seizures. I have been the affiant for numerous state and federal search warrants. I have been involved in multiple investigations over my career which have resulted in the seizure of controlled substances and firearms, resulting in the successful prosecution of individuals involved. During my career, I have received hundreds of hours of training, including training regarding the investigation of those who are involved in the armed illicit distribution of controlled substances and training regarding individuals who commit fraudulent acts. I have received training and have experience including, but not limited to, working in an undercover capacity, surveillance, management of confidential informants, drug-trafficking conspiracies, money laundering, organized criminal activity investigations, the preparation and execution of firearm and drug related search warrants and debriefing of informants and witnesses.

4.      I am an ATF Certified Explosives Specialist (Certification Number 12-42) and as such have received numerous hours of training regarding explosives and the investigation of explosive cases. I have attended numerous explosive schools i.e. Certified Explosive Specialist Basic, Advanced Explosives Disposal Techniques, Chemistry of Pyrotechnics, Homemade Explosives Identify Process and Disposal, and Naval Basic Improvised Explosive Devices to name a few. I am also well versed in the Federal firearms laws.

5.      I have received and completed the Firearms Interstate Nexus Training Basic School, provided by the ATF Firearms Technology Branch in Martinsburg, WV. During the training at the Firearms Interstate Nexus Training Course in Martinsburg, WV, I personally

examined the ATF Firearms Technology Branch's Reference Collection, which includes approximately 10,000 firearms. In the course of my duties in establishing firearms interstate commerce, I have consulted various firearm publications and periodicals, have accessed official licensing files and have examined other documents. I have also consulted with other firearms experts, all of which leads to my expertise in the movement of firearms in interstate commerce. As an expert I have testified in federal court regarding interstate nexus and firearms' subsequent effect on and travel status of firearms as they pertain to interstate commerce.

6.     I am also a Certified Fire Investigator responsible for providing technical support and analysis to assist other ATF Special Agents in fire investigations and training activities. This technical support includes: fire origin and cause determinations, court preparation and presentation of evidence, technical interpretation of fire-related information, and presentation of expert witness opinions.

5.     As a result of my training and experience, I am familiar with federal arson laws and know it is a violation of Title 18, United States Code, § 844(i), which states that whoever maliciously damages or destroys, or attempts to damage or destroy, by means of fire or an explosive, any building, vehicle, or other real property or personal property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce is guilty of the federal crime of Arson.

6.     As a result of my training and experience as an ATF Special Agent, I am familiar with Federal crime laws and know it is a violation of 26 United States Code 5861(d) to possess a firearm not registered to him in the National Firearms Registration and Transfer Record (NFRTR). I also know that the term "Destructive Device" is also defined as a firearm and are required to be registered within the NFRTR.

6.      I know based on my training and experience, persons who commit arson, often times will use accelerants, such as gasoline, or other ignitable liquids in order to assist in the fire development and progression. These persons will also use "trailers" or others means to create distance and space in order to ignite the fire from another location.  All of these items tend to leave a "forensic trail" capable of being found by forensic examination for long periods of time.

7.      The statements made in this affidavit are based in part by information provided to me by other investigators, my own personal participation in the investigation, criminal history maintained by several law enforcement agencies and the training and experience of myself, other investigators, and other law enforcement officers. Based upon my training and experience and the facts set forth herein, there is probable cause to believe that evidence of the violations of 18 USC 844(i) (Arson), and 26 US 5861(d) (possession of an unregistered explosive device) exists, and the vehicle of **Daniel Christopher EDWARDS** will be located within **EDWARDS'** vehicle currently located at 7114 S Sheridan Road, Tulsa, Oklahoma, within the Northern District of Oklahoma, as more fully described in Attachment "A."  I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises described in Attachment "A" for the things described in Attachment "B."  Attachment "A" and Attachment "B" are attached hereto and incorporated herein by reference.

## PROBABLE CAUSE

7.      On October 5, 2022, at approximately 4:15 pm, ATF personnel received information that a church fire involving Molotov Cocktails occurred at the Holy Family Cathedral, which is also home to the Holy Family Classical School, located at 820 S Boulder Ave, Tulsa, OK 74119, which is located within the Northern District of Oklahoma. This is also a property that

affects interstate or foreign commerce. ATF personnel arrived on scene and were informed that Tulsa Police, as well as Tulsa Fire, were already on scene. ATF personnel were informed by Tulsa Police that a male victim was located with defensive laceration wounds in the basement of the Holy Family Classical School. The victim was transported to a local hospital, where is currently undergoing surgery for his wounds.

8.    Tulsa Police and ATF personnel recovered video from the church which displayed an adult white male, wearing a yellow a black checkered jacket, later identified as **Daniel Christopher EDWARDS**, herein referred to as **EDWARDS**, bring a red and white igloo cooler into a breezeway on the side of the church. The following is an image of **EDWARDS**:



9. The victim that was initially located at the scene was observed making contact with the **EDWARDS** on the video. Once contact was made, **EDWARDS** was observed pulling out a sword

from inside of his clothing and began slashing at the victim. The following is a screen capture from the video which depicted **EDWARDS** with a sword attacking the victim:



10. After the victim fled the scene, **EDWARDS** was observed walking back to the cooler and appeared to pull a glass object out of the igloo cooler. He lit a piece of fabric, which functioned as a wick, on fire. (This type of device is commonly referred to as a Molotov Cocktail.) The screen capture below depicts **EDWARDS** after lighting the suspected Molotov cocktail on fire and throwing it at the church's exterior wall.



11.    The suspected Molotov cocktail in the video ignites after striking the wall. The screen caputre shows the suspected Molotov cocktail igniting upon impact:



12.    **EDWARDS** was subsequently seen lighting another suspected Molotov cocktail which he also threw towards the church. **EDWARDS** was then observed leaving the scene out view on the video, leaving behind the red and white igloo, which also caught fire.

13. Shortly after ATF personnel reviewed video and evidence at the scene, **EDWARDS** was found at a Reasor's, located at 7114 S Sheridan Rd, Tulsa, OK, after having walked in and told a security guard that they better not come near him, and if they don't, he would press a button that would be worse then a bomb. **EDWARDS** was subsequently taken into custody wearing the same clothing he was wearing while at Holy Family Cathedral. **EDWARDS** vehicle was subsequently located in the parking lot of Reasor's.

14. As for **EDWARDS's** vehicle, it is described as a 2010 Gray Ford Fusion bearing Oklahoma license plate KHJ621, VIN# 3FAHP0HA7AR307989. The vehicle is now parked and secured at Reasor's, located at 7114 S Sheridan Rd, Tulsa, OK, within the Northern District of Oklahoma. A no-touch order was placed on the vehicle until a search warrant can be obtained in order to conduct an evidentiary search of the vehicle. It should be noted that agents can see inside the vehicle and have observed what appears to be a machete with blood upon it in the back floorboard of the vehicle.



15.     I have spoken with ATF Explosive Enforcement Officer Gary Smith and provided him with pictures of the remnants of the Molotav cocktail and the security video from the church. According to EEO Smith, the items in these images and video are consistent with two improvised incendiary weapons.  Pending final physical examination and laboratory analysis report, it is his opinion that the items shown in these images would be properly identified as improvised incendiary bombs.  Incendiary bombs are destructive devices as that term is defined in 18 U.S.C. 5845(f) and incendiary devices as that term is defined in 18 U.S.C. Chapter 40, and would be regulated in accordance with the Federal Firearms Regulations.  Furthermore, this incendiary bomb would be required to be registered within the National Firearms Registration and Transfer Record (NFRTR).  I queried the NFRTR and that **EDWARDS** did not have any items registered to him as would be required by law.

16.     Since this affidavit is being submitted for the limited purpose of enabling a judicial determination of whether probable cause exists to justify the issuance of a search warrant for the described premises, I have not included each and every fact known concerning this investigation to me and others involved in this matter.  I have set forth only the facts that I believe are essential to establish the necessary foundation for a search warrant ordering the search of the described premises.  Based on the above and the totality of the circumstance, I believe that probable cause exists to search the vehicle of **EDWARDS** located at 7114 S Sheridan Rd, Tulsa, OK, as more fully described in Attachment "A", for evidence of violations of Title 18 USC 844(i) (Arson), 26 USC 5861 (d).

Ashley N. Stephens
ATF Senior Special Agent

**by telephone**

Subscribed and sworn ~~before me~~ this 5th day of October, 2022.

*Christine D Little*

CHRISTINE LITTLE
United States Magistrate Judge

## ATTACHMENT A

The vehicle to be searched is described as 2010 Gray Ford Fusion bearing Oklahoma license plate KHJ621, VIN# 3FAHP0HA7AR307989.  The vehicle is currently located at Reasor's, 7114 S Sheridan Rd, Tulsa, Oklahoma within the Northern District of Oklahoma.

## ATTACHMENT B

1.      Swords, knives, machetes or other bladed weapons

2.      Gasoline, paint thinner, lacquer, or any ignitable liquid or container used to contain, transport or conceal ignitable liquids.

3.      Fabrics, debris samples, or other items which may contain trace quantities of ignitable liquids to be submitted for laboratory analyses.

4.      Any item used as a trailer or other incendiary delay device.

5.      Any item used as an ignition source.

6.      Any and all electronic devices, such as cellular telephones, tablets, laptops or other electronic storage media.

7.      Any evidence of motive, planning, research, or destructive devices, or violations of 18 U.S.C. 844(i) or 26 U.S.C. 5861(d).